UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-285-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| RICHARD LAWRENCE BREWINGTON | |

On motion of the Defendant, Richard Lawrence Brewington, and for good cause shown, it is hereby ORDERED that the **[DE 50]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 11th day of April 2016.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge